UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IVAN K. KING, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-01967 (JDB) |
| | ) | |
| MCKEE NELSON LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.6, the undersigned attorney hereby submits notice of appearance as counsel for the defendants in the above-captioned matter.

Respectfully submitted,

/s/
Dora V. Chen (No. 485200)
Bredhoff & Kaiser, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600

Dated: October 24, 2005

**Certification of Service**

The undersigned hereby certifies that on October 24, 2005, the foregoing Notice of Appearance was filed electronically with the Court and paper copies were served to the following by U.S. First Class Mail:

Ivan K. King
8613 Lonicera Court
Brandywine, MD 20613

                                                 /s/
                                      Dora V. Chen