UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IVAN KENNETH KING,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**MCKEE NELSON LLP**<br><br>    **Defendant.** | Civil Action No. 05-1967 (JDB) |

### ORDER

Pursuant to the representations of the parties at the Status Conference held on this date, and upon consideration of the entire record herein, it is hereby

**ORDERED** that plaintiff's interim counsel, Kerry J. Davidson, must enter his appearance and properly register for the Electronic Case Filing System immediately, as previously instructed by the Court; it is further

**ORDERED** that the parties shall appear for a Status Conference on January 4, 2006 at 9:00 a.m. If plaintiff is no longer represented by counsel at that time, then plaintiff must appear in person; and it is further

**ORDERED** that if the parties have not memorialized a settlement agreement before the January 4, 2006 Status Conference, then the Court will enter a scheduling order on that date.

                                                  /s/    John D. Bates
                                                  JOHN D. BATES
                                       United States District Judge

Dated:  December 6, 2005

Copies to:

Ivan Kenneth King
8613 Lonicera Court
Brandywine, MD 20613
(301) 782-4443
    *Plaintiff pro se*

Kerry J. Davidson
8101 Eastern Avenue
Suite 301
Silver Spring, MD 20910
    *Interim counsel for plaintiff pro se*

Dora V. Chen
BREDHOFF & KAISER, PLLC
805 15th Street, NW
Suite 1000
Washington, DC 20005
(202) 842-2600
Email: dchen@bredhoff.com

W. Gary Kohlman
BREDHOFF & KAISER, PLLC
805 15th St NW
Suite 1000
Washington, DC 20005
(202) 842-2600
Fax: (202) 842-1888
Email: gkohlman@bredhoff.com
    *Counsel for defendant*