## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

_____

IVAN KING                              *
                                       *
                                       *
        v.                             *     Case No.  1:05-CV-01967 (JDB)
                                       *
MCKEE NELSON LLP                       *
_____        *


### NOTICE OF LIMITED APPEARANCE

        Kerry J. Davidson, Esq., hereby enters a limited appearance on behalf of Plaintiff

Ivan King in the above-captioned matter.  The appearance is limited in nature, because it

will terminate either on December 22, 2005, or the completion of Defendant's deposition

of Plaintiff, whichever is earlier.



                              _____ /s/___ *Kerry J. Davidson, Esq.*

                                              Kerry J. Davidson
                                    8101 Eastern Avenue, Suite 301
                                         Silver Spring, MD   20910
                                                  240-475-9942
                                                  Bar:  465431