IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| IVAN KING | * |
| | * |
| | * |
| v. | *   Case No.  1:05-CV-01967 (JDB) |
| | * |
| MCKEE NELSON LLP | * |
| _____ | * |

NOTICE OF DISMISSAL WITH PREJUDICE

The parties have settled the above-captioned matter, and agree, through their representatives below, to dismiss this action with prejudice.   Plaintiff counsel's previous limited appearance on behalf of Plaintiff shall extend to the filing of this stipulation.


/s/___*Kerry J. Davidson, Esq.*                         /s/   *W. Gary Kohlman, Esq.*_____

Kerry J. Davidson (No. 456431)                       W. Gary Kohlman (No. 177527)
8101 Eastern Avenue, Suite 301                       Dora V. Chen (No. 485200)
Silver Spring, MD   20910                                 Bredhoff & Kaiser P.L.L.C.
240-475-9942                                                    805 15th Street N.W
                                                                         Suite 1000
                                                                         Washington D.C. 20005
                                                                         202-842-2600

1